AO 442 (Rev. 3/99) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

JUSTIN KEOLA LEE

## WARRANT FOR ARREST

CASE NUMBER: 03 – 0426 BMK

To: The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUSTIN KEOLA LEE

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Being a convicted felon in possession of a firearm

in violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2)

| BARRY M. KURREN | Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | June 19, 2003   Honolulu, HI   [SEAL] |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ TO BE DETERMINED | BARRY M. KURREN |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |