EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 03-00426 BMK |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| vs. ) | |
| JUSTIN KEOLA LEE, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Complaint against Defendant JUSTIN KEOLA LEE on the ground(s) that the charges arising out of the subject incident are being

prosecuted by the Hawaii County Prosecutor's Office.

     The defendant is currently in State custody in the County of Hawaii. The defendant did not make an appearance in Federal Court in this matter.

     DATED: Honolulu, Hawaii,    DEC 29 2004   .

                          EDWARD H. KUBO, JR.
                          UNITED STATES ATTORNEY
                          District of Hawaii

               By _____
                     EDRIC M. CHING
                     Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. Justin Keola Lee
Mag. No. 03-00426 BMK
"Order for Dismissal"

2