AO 442 (Rev. 3/99) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

JAN 0 4 2005

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

UNITED STATES OF AMERICA

## V.

## WARRANT FOR ARREST

JUSTIN KEOLA LEE

*Mag*

CASE NUMBER: 03 – 0426 BMK

To:     The United State Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        JUSTIN KEOLA LEE

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Being a convicted felon in possession of a firearm

in violation of Title   18     United States Code, Section(s)  922(g)(1) and 924(a)(2)

BARRY M. KURREN
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

TO BE DETERMINED
_____
Bail fixed at $

Magistrate Judge
_____
Title of Issuing Officer

June 19, 2003          Honolulu, HI
_____
Date and Location

BARRY M. KURREN
_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DISMISSED 01-03-05 Date: | |

4